UNITED STATES DISTRICT COURT   P Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

Case No.  **CV04-9952-GPS(MLGx)**           Date:  March 31, 2005

Title:    INTERNATIONAL ANSWER/LOS ANGELES v. LEROY D. BACA., et al.,

==================================================================
PRESENT:  The **HONORABLE GEORGE P. SCHIAVELLI**, United States District Judge

           Krista Barrett                    Not present
           Courtroom Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                              Not present

PROCEEDINGS:   **SCHEDULING CONFERENCE** (In Chambers)

     Pursuant to F.R.Civ.P. 16(b), a scheduling conference is set in this matter for May 23, 2005, 11:00 a.m.  The parties are reminded of their obligations to disclose information, confer on a discovery plan, and report to the Court, as required by F.R.Civ.P. 26 and the Local Rules of this Court. Trial counsel are ordered to be present.

MINUTES FORM                                Initials of Deputy Clerk
CIVIL - GEN